**Kimberly DENSON, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2009–3156.**

United States Court of Appeals, Federal Circuit.

Nov. 12, 2009.

George C. Nicols, Attorney at Law, PLLC, of Jackson, Mississippi, argued for petitioner.

Kenneth M. Dintzer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Scott A. MacGriff, Trial Attorney.

GAJARSA, PLAGER and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.